## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: DANNY J WOODS, JR<br>FDBA DANNY AND MELISSA WOODS INC.<br>MELISSA D WOODS<br>FKA MELISSA DEANE OLIVER<br>FKA MELISSA DEANE OLINGER | CASE NO.: 10-51649-NPO<br>CHAPTER: 7<br>Dkt. #19 |

### ORDER

Upon considering the Motion for Relief of Wells Fargo Bank, N.A., the lack of opposition thereto being filed by opposing parties, and the law and evidence.

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code or in the event of any subsequent case filed by the Debtor under any Chapter of this Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 6248 Mercer Valley St., Las Vegas, Mississippi 89081 is hereby abandoned from the Estate.

**IT IS FURTHER ORDERED** that the fourteen-day stay of an order lifting stay provided by Bankruptcy Rule 4001(a)(3) is hereby dispensed with and waived.

Danny J. Woods, Jr.
Melissa D. Woods
Case No.: 10-51649-NPO
Chapter 7

**IT IS FURTHER ORDERED** that Creditor is allowed its Attorney Fees & Costs in the amount of $500.00 as requested in the Motion for Relief.

**SO ORDERED**

Respectfully Submitted
MORRIS & ASSOCIATES
2309 Oliver Road
Monroe, LA 71201
(318) 330-9020
mjedynak@ms.creditorlawyers.com

_____
Michael Jedynak (Bar# 103014)
Attorney for Mover

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: September 20, 2010

time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the            County                      [Type of Recording Jurisdiction]
of    Clark                               [Name of Recording Jurisdiction]:

LOT 188 OF SHADOW SPRINGS - UNIT 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 110 OF PLATS, PAGE 6, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.



Parcel ID Number:                                          which currently has the address of
6248 Mercer Valley Street                                                         [Street]
North Las Vegas                                     [City], Nevada  89086     [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances

-6B(NV) (0107)                          Page 3 of 15                    Initials: MDW         Form 3029  1/01